No. 41682.—Protests 42409–G, etc., of Campbell, Metzger & Jacobson (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel articles embroidered and trimmed with laces similar to those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), filet laces the same as those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and Normandy laces like those passed upon in *United States* v. *Amrein* (26 id. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.